Stanley Phan (SBN 221578)
PHAN LAW FIRM, INC.
2092 Concourse Drive, Suite 49
San Jose, CA 95131
Tel:    408-232-4900
Fax:    408-232-4904
Email: phanlawfirm.bk@gmail.com

Attorney(s) for Debtor(s),

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re: ) Case No.: **14-52419 MEH**
)
JAKE TRI HUYNH ) Chapter 13
)
Debtor(s). ) **WITHDRAWAL OF DOCUMENT**
)

I, Stanley Phan, attorney for the debtors in the above entitled matter hereby withdraws the Docket Item No.87 entitled **OBJECTION TO DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTON** filed on October 12, 2018.

Dated: October 12, 2018         PHAN LAW FIRM, INC.

                                /s/Stanley Phan
                                Stanley Phan, Esq.
                                Attorney for Debtor

1

WITHDRAWAL OF DOCUMENT