JAKE TRI HUYNH
519 CENTURY OAKS WY
SAN JOSE, CA 95111



ORIGINAL

FILED
AUG 02 2019
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                              )   Chapter 13
                                    )   Case No. 14-52419 MEH
JAKE TRI HUYNH                      )
                                    )   **APPLICATION FOR ORDER**
                                    )   **AUTHORIZING LATE FILING OF**
                                    )   **DEBTOR'S CERTIFICATION OF**
                                    )   **COMPLETION OF INSTRUCTIONAL**
                       Debtor       )   **COURSE CONCERNING PERSONAL**
                                    )   **FINANCIAL MANAGEMENT**
_____)

Debtor hereby respectfully applies to this Court for an ORDER AUTHORIZING LATE FILING OF DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANGEMENT, as follows:

1. Debtor's case was filed on June 03, 2014, and thereafter duly confirmed.

2. Debtor has fully paid the amount necessary to complete said confirmed plan.

3. Debtor has taken the required Personal Financial Management Course and filed the required Certification with this Court. However, inadvertently Debtor failed to do so prior to paying the last payment due under this plan.

WHEREFORE, the Debtor respectfully requests the Court to authorize the late filing of the Debtor's Certfication of Completion of Instructional Course Concerning Personal Financial Management and direct the issuance of a Discharge as would otherwise be appropriate in this case.

Dated:                              _____
                                    JAKE TRI HUYNH
Dated:                              07/26/2019